UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the **November 27, 2004
Barrera/Morales**, Program,

Plaintiff,

-against-

MAURICIO PARROQUIN, Individually, and as officer, director, shareholder and/or principal of MEXFOOD CORP. d/b/a TACO FIESTA, and MEXFOOD CORP. d/b/a TACO FIESTA,

Defendants.
-----------------------------------------------------------

**NOTICE OF SETTLEMENT
AND
ADMINISTRATIVE DISMISSAL**
Civil Action No. CV-05-3706-ARR
Honorable Allyne R. Ross

PLEASE TAKE NOTICE THAT Plaintiff GARDEN CITY BOXING CLUB, INC. (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed December 30, 2006. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 27, 2006
      Ellenville, New York

**GARDEN CITY BOXING CLUB, INC.**

By: /s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. 04-7-E17*

**SO ORDERED** this 3rd day of Jan, 2006

_____
**HON. ALLYNE R. ROSS**
**UNITED STATES DISTRICT JUDGE**

### CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Ira Bierman, Esq.
485 Underhill Blvd.
Suite 201
Syosset, NY 11791
*Attorney for Defendant*

via United States Postal Service, postage prepaid on this 27thday of January, 2006.

/s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN

## Notices

1:05-cv-03706-ARR-SMG Garden City Boxing Club, Inc. v. Parroquin et al

### U.S. District Court

### Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Lonstein, Julie entered on 1/27/2006 at 2:16 PM EST and filed on 1/27/2006

**Case Name:**     Garden City Boxing Club, Inc. v. Parroquin et al
**Case Number:**   1:05-cv-3706
**Filer:**         Garden City Boxing Club, Inc.
**Document Number:** 8

**Docket Text:**
NOTICE of Settlement *Mauricio Parroquin, et al* by Garden City Boxing Club, Inc. (Lonstein, Julie)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=1/27/2006] [FileNumber=2008499-0]

[9f42fbb5b838e3acf4e7a7d37a2d03aa42a02552b8a722a470c3aa3fcb957e3512d7e
de1e45d07bf793b594713f5976a8a1e1b495cb1b0dcaf7291c75ceb9724]]

**1:05-cv-3706 Notice will be electronically mailed to:**

Julie Cohen Lonstein      Julie@signallaw.com

**1:05-cv-3706 Notice will be delivered by other means to:**